ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
ERIC J. LORENZINI, State Bar No. 218433
  *elorenzini@elkinskalt.com*
JULIE Z. KIMBALL, State Bar No. 252449
  *jkimball@elkinskalt.com*
10345 West Olympic Boulevard
Los Angeles, California 90064
Telephone: 310.746.4400
Facsimile: 310.746.4499

Attorneys for Plaintiff Tooraj Salarzadeh

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| TOORAJ SALARZADEH, an individual,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>META PLATFORMS, INC., a Delaware corporation; INSTAGRAM, LLC, a Delaware limited liability company,<br><br>　　　　Defendants. | CASE No. 3:23-mc-80155<br><br>**DECLARATION OF PLAINTIFF TOORAJ SALARZADEH IN SUPPORT OF *EX PARTE* MOTION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 GRANTING LEAVE TO OBTAIN DISCOVERY FROM META PLATFORMS, INC. AND INSTAGRAM, LLC. FOR USE IN FOREIGN PROCEEDINGS** |

5057832

SALARZADEH DECL. ISO *EX PARTE* FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782

# DECLARATION OF TOORAJ SALARZADEH

I, Tooraj Salarzadeh, declare as follows:

1. I am a party in the above-entitled action. I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently testify to the matters stated herein.

2. My 17-year-old son is the innocent victim of cyberbullying.

3. Starting in approximately July of 2022, one or more individuals began disseminating offensive and defamatory information about my son through an anonymous social media account on Instagram with the username "fxunibxy." (the "Infringing Account"). A true and correct copy of the offensive and defamatory information about my son disseminated the Infringing Account, with my minor son's name redacted, is attached hereto as **Exhibit A**.

4. The individual(s) also sent my son intimidating and harassing messages through the Infringing Account. A true and correct copy of the intimidating and harassing messages sent through the Infringing Account, with my minor son's name redacted, is attached hereto as **Exhibit B**.

5. Specifically, the offensive, untrue, and defamatory online content includes:

(i) messages sent from the Infringing Account to a number of students in my son's school falsely accusing him of intention to commit sexual assault, *see* Ex. A;

(ii) numerous abusive messages to my son from a user of the Infringing Account, who claims to be a former student of my son's school, *see* Ex. B; and

(iii) other inappropriate and offensive messages, which are seriously detrimental and irreparably damaging to the personal reputation of my son, *see* Exs. A and B.

These messages are collectively referred to herein as "Abusive Content."

6. The Infringing Account has since been deleted.

ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
10345 W. Olympic Blvd.
Los Angeles, California 90064
Telephone: 310.746.4400 • Facsimile: 310.746.4499

7. My son was only 16 years old when the bullying began. The offensive messages have caused, and continue to cause, serious and continuous injury to his personal reputation, as well as grievous distress and psychological harm to both him and his family.

8. I intend to file suit in Hong Kong on behalf of my son to seek redress for the defamation and harassment once he obtains the identity of identity of the individual(s) behind the Infringing Account.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on May 24, 2023.

Tooraj Salarzadeh

# EXHIBIT A



# EXHIBIT B
















