ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
ERIC J. LORENZINI, State Bar No. 218433
  *elorenzini@elkinskalt.com*
JULIE Z. KIMBALL, State Bar No. 252449
  *jkimball@elkinskalt.com*
10345 West Olympic Boulevard
Los Angeles, California 90064
Telephone: 310.746.4400
Facsimile: 310.746.4499

Attorneys for Plaintiff Tooraj Salarzadeh

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| TOORAJ SALARZADEH, an individual, <br><br> Plaintiff, <br><br> v. <br><br> META PLATFORMS, INC., a Delaware corporation; INSTAGRAM, LLC, a Delaware limited liability company, <br><br> Defendants. | CASE No. 3:23-mc-80155 <br><br> **DECLARATION OF KEVIN R. BOWERS IN SUPPORT OF *EX PARTE* MOTION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 GRANTING LEAVE TO OBTAIN DISCOVERY FROM META PLATFORMS, INC. AND INSTAGRAM, LLC FOR USE IN FOREIGN PROCEEDINGS** |

5058718

## DECLARATION OF KEVIN R. BOWERS

I, Kevin R. Bowers, declare as follows:

1. I am an attorney licensed to practice law in Hong Kong. My client, Tooraj Salarzadeh, is a party in the above-entitled action. I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently testify to the matters stated herein.

2. I am a dual-qualified lawyer in England + Wales and Hong Kong. I have practiced law as a partner with three leading independent Hong Kong law firms over the last twenty years.

3. The 17-year-old son of my client, Mr. Salarzadeh, is the innocent victim of cyberbullying. Mr. Salarzadeh intends to file suit in Hong Kong on behalf of his son to seek redress for defamation and harassment once he obtains the identity of identity of the individual(s) behind the Instagram account with the username "fxunibxy.".

4. To obtain the identity or identities, Mr. Salarzadeh seeks to subpoena Meta Platforms, Inc. ("Meta") and Instagram, LLC ("Instagram") for identifying information. Based on publicly available information, Meta and Instagram are located in this District. *See* **Exhibits A and B** to the Motion.

5. Meta and Instagram will not be parties to the civil action that Mr. Salarzadeh intends to bring in Hong Kong. The documents Mr. Salarzadeh seeks by subpoena are located in the United States. Thus, the evidence is thus outside the reach of Hong Kong court's jurisdiction.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

6. In general, in my decades of experience, Hong Kong courts have been receptive in other matters to assistance in discovery from the United States. I am not aware of any restrictions or policies under Hong Kong law that would limit the gathering of the evidence that Mr. Salarzadeh seeks here.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on May 25, 2023.

_____
Kevin R. Bowers

ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
10345 W. Olympic Blvd.
Los Angeles, California 90064
Telephone: 310.746.4400 • Facsimile: 310.746.4499

5058718.1

3

BOWERS DECL. ISO *EX PARTE* FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782