UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| TOORAJ SALARZADEH, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>META PLATFORMS, INC., a Delaware corporation; INSTAGRAM, LLC, a Delaware limited liability company,<br><br>　　　　　Defendants. | CASE No. 3:23-mc-80155<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF TOORAJ SALARZADEH'S *EX PARTE* MOTION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 GRANTING LEAVE TO OBTAIN DISCOVERY FROM META PLATFORMS, INC. AND INSTAGRAM, LLC FOR USE IN FOREIGN PROCEEDINGS** |

This matter comes before the Court on the *Ex Parte* Motion of Plaintiff Tooraj Salarzadeh ("Mr. Salarzadeh") for an Order to Obtain Discovery for Use in Foreign Proceedings pursuant to 28 U.S.C. § 1782(a) (the "Motion"), which seeks documents from Meta Platforms, Inc. and Instagram, LLC for use in anticipated litigation proceedings in Hong Kong.

The Court, having fully considered the papers on file and submitted herewith, and good cause appearing, **HEREBY GRANTS** the Motion of Mr. Salarzadeh.

**IT IS HEREBY ORDERED** that Mr. Salarzadeh is granted leave to issue subpoenas for documents in substantially the same form as attached to the Motion as Exhibit A and Exhibit B, directing Meta Platforms, Inc. and Instagram, LLC, respectively, to produce the documents requested at the offices of counsel for Mr. Salarzadeh, Elkins Kalt Weintraub Reuben Gartside LLP, c/o Eric J. Lorenzini, located at 10345 West Olympic Boulevard, Los Angeles, California 90064.

**IT IS FURTHER ORDERED** that Mr. Salarzadeh is to comply with the following requirements in issuing the subpoenas:

1. At the time of service of the subpoena, Mr. Salarzadeh must also serve a copy of this order on Meta Platforms, Inc. and Instagram, LLC.

2. Within 10 calendar days of service of the subpoena and this order, Meta Platforms, Inc. and Instagram, LLC shall notify each of the account user(s) that their identifying information is sought by Mr. Salarzadeh and shall serve a copy of this order on each such account user.

3. Meta Platforms, Inc., Instagram, LLC, and/or each account user whose identifying information is sought may, within 21 days from the date of the notice, file a motion in this Court contesting the subpoena (including a motion to quash or modify the subpoena).

4. If any party contests the subpoena, Meta Platforms, Inc. and Instagram,

LLC, shall preserve, but not disclose, the information sought by the subpoena pending resolution of that contest.

5. Any information Mr. Salarzadeh obtains pursuant to the subpoena may be used only for purposes of the anticipated action in Hong Kong, and Mr. Salarzadeh may not release such information or use it for any other purpose, absent a Court order authorizing such release or use.

**IT IS SO ORDERED.**

DATED: _____

_____
United States District Judge